UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1281
(1:25-cv-02009-MSN-WBP)

_____

RYAN KOMPPA

        Plaintiff - Appellant

v.

NEXTECH INFRASTRUCTURE PARTNERS LLC; HOWARD HOROWITZ,
NexTech member, general partner of Kestrel LP, managing member of Kestrel
LLC; CHRIS FLYNN, NexTech member; KESTREL VENTURE PARTNERS,
LLC

        Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:25-cv-02009-MSN-WBP |
| Date notice of appeal filed in originating court: | 03/09/2026 |
| Appellant | Ryan Komppa |
| Appellate Case Number | 26-1281 |
| Case Manager | T. Barton 804-916-2702 |